# FILED

## OCT 1 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT E. KEATES,

        Petitioner,

    v.

JEANNE S. WOODFORD, California
Department of Corrections,

        Respondent.

_____/

No. 05-3959 CW

ORDER TO SHOW
CAUSE

Petitioner, a State prisoner currently incarcerated at Vacaville California Medical Facility in Vacaville, California, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby issues the following orders:

The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

Respondent shall file with this Court and serve upon Petitioner's counsel, within sixty (60) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing

United States District Court

For the Northern District of California

1  cause why a writ of habeas corpus should not be issued.  Respondent

2  shall file with the answer a copy of all portions of the State

3  record that have been previously transcribed and that are relevant

4  to a determination of the issues presented by the petition.

5      If Petitioner wishes to respond to the answer, he shall do so

6  by filing a traverse with the Court and serving it upon Respondent

7  within thirty (30) days of his receipt of the answer.

8

9      IT IS SO ORDERED.

10

11

12  DATED:   OCT 1 3 2005

13                                      CLAUDIA WILKEN
                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


Keates,

              Plaintiff,

  v.

Woodford et al,

              Defendant.

Case Number: CV05-03959 CW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Attorney General
State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Jeanne S. Woodford
California Department of Corrections
1515 S Street
Sacramento, CA 95814


Daniel A. Horowitz   ( by  e-filing)
120 11th Street
Oakland, CA 94607


Dated: October 13, 2005

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk