FILED

FEB 2 4 2006

[stamp: clerk, U.S. District Court, Northern District of California, Oakland]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT E. KEATES,

    Petitioner,

v.

JEANNE S. WOODFORD, California Department of Corrections,

    Respondent.

No. C 05-3959 CW

CERTIFICATE OF APPEALABILITY

    Petitioner Vincent E. Keates filed a petition for writ of habeas corpus on September 29, 2005. Respondent Jeanne S. Woodford moved to dismiss the habeas petition as untimely. On December 13, 2005, the Court granted Respondent's motion to dismiss. Petitioner's petition was dismissed with leave to amend. Petitioner was granted two months from the date of the order to file a new petition, explaining when and how he discovered that he would receive only fifteen percent, and not fifty percent, worktime credit for the time he served in prison and showing that extraordinary circumstances beyond Petitioner's control existed,

which made it impossible to file the petition on time, and warranted equitable tolling. Petitioner did not file an amended petition, indicating that he wishes to stand on his claim as plead.

On January 25, 2006, Petitioner filed a notice of appeal. A habeas petitioner may not appeal a final order in a federal habeas proceeding without first obtaining a certificate of appealability (formerly known as a "certificate of probable cause to appeal"). 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability should be granted "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

The Court certifies in accordance with Title 28 U.S.C. section 2253 that the following issue involves a substantial showing of the denial of a constitutional right: whether his September 29, 2005 federal habeas petition is untimely, thus precluding the Court from addressing the merits of his petition. Accordingly, the Court shall issue a certificate of appealability. The Clerk of Court shall process the notice of appeal accordingly.

IT IS SO ORDERED.

Dated:  FEB 2 4 2006

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Keates,

        Plaintiff,

v.

Woodford et al,

        Defendant.
        /

Case Number: CV05-03959 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel A. Horowitz
120 11th Street
Oakland, CA 94607

Juliet B. Haley
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: February 24, 2006

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk